NO.
12-05-00279-CR

 

              IN THE COURT OF APPEALS

 

 TWELFTH COURT OF APPEALS DISTRICT

 

                             TYLER, TEXAS

 

TONY JOSEPH BREAUX,                             §     APPEAL FROM THE 124TH

APPELLANT

 

V.                                                                         §     JUDICIAL DISTRICT COURT OF

 

THE STATE OF TEXAS,

APPELLEE                                                       §     GREGG COUNTY, TEXAS

 





                                                     MEMORANDUM
OPINION

                                                                 PER
CURIAM

This appeal is being dismissed for want of
jurisdiction.  Appellant was convicted of
possession of a controlled substance with intent to
deliver.  His punishment was assessed at
twenty years of imprisonment. 
Thereafter, Appellant filed a notice of appeal.  To be sufficient to invoke the appellate
court’s full jurisdiction, the notice of appeal filed by an appellant in a
criminal case must bear the trial court’s certification of the appellant’s
right to appeal under Texas Rule of Appellate Procedure 25.2(a)(2).  Tex. R. App. P. 25.2(d).  However, Appellant’s notice of appeal does
not include the required certification.

            On September 15, 2005, this Court
notified Appellant, pursuant to Texas Rules of Appellate Procedure 25.2 and
37.2, that the notice of appeal does not include the trial court
certification.  The notice also informed Appellant
that unless he filed a proper notice of appeal on or before October 17,
2005, the appeal would be referred to the Court for dismissal.

The deadline for responding to this Court’s notice
has expired, and Appellant has failed to provide the required
certification.  Therefore, the appeal is dismissed
for want of jurisdiction.

Opinion
delivered October 26, 2005.

Panel consisted of Worthen, C.J.,
Griffith, J., and DeVasto, J.

 

            (DO
NOT PUBLISH)